**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION**

| | | |
|---|---|---|
| ERYN SMITH, | ) | |
| on behalf of herself and a class, | ) | |
| | ) | 11-cv-155 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Hon. Judge Wolle |
| | ) | |
| LITOW & PECH, P.C., CHARLES L. | ) | |
| LITOW | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SETTLEMENT

Plaintiff hereby informs the Court that the parties have reached a settlement in principle in regards to Plaintiff's individual claims. Plaintiff expects to file a notice of dismissal, dismissing individual claims with prejudice and putative class claims without prejudice, once the settlement is consummated.

Respectfully Submitted,

s/Catherine A. Ceko
Catherine A. Ceko

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Catherine A. Ceko
EDELMAN, COMBS LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

Ronald A. May
Gomez May LLP
2322 E. Kimberly Road, Suite 120 W.

Davenport, IA  52807
(563) 359-3591
(563) 359-4230 (FAX)

### <u>CERTIFICATE OF SERVICE</u>

     I hereby certify that, on December 19, 2012 I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

<u>s/Catherine A. Ceko</u>
Catherine A. Ceko